UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                                                          No. 13-CR-789-LTS

JOHN BLAND,                                                                             ORDER

           Defendant.

-------------------------------------------------------x

        The violation of supervised release hearing in this case is scheduled to proceed on **December 3, 2021, at 2:15 p.m.**, in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least one week in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                    /s/ Laura Taylor Swain
       October 26, 2021                       LAURA TAYLOR SWAIN
                                                      Chief United States District Judge