UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                No.  13-CR-789-LTS

JOHN BLAND,                                             <u>Order</u>

          Defendant.

-------------------------------------------------------x

        The violation of supervised release hearing currently scheduled for December 3, 2021, at 2:15 p.m., is adjourned, at defense counsel's request, to **December 14, 2021, at 10:00 a.m.**, in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least one week in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                        <u>/s/ Laura Taylor Swain</u>
       November 30, 2021                        LAURA TAYLOR SWAIN
                                                           Chief United States District Judge