UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                               No.  13-CR-789-LTS

JOHN BLAND,                                       ORDER

        Defendant.

-------------------------------------------------------x

The violation of supervised release hearing currently scheduled for December 14, 2021, at 10:00 a.m., is adjourned to **December 16, 2021, at 11:30 a.m.**, in **Courtroom 23B**. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least one week in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                      /s/ Laura Taylor Swain
       December 14, 2021                        LAURA TAYLOR SWAIN
                                                        Chief United States District Judge